IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:16-CR-21 |
| -vs- | : | Magistrate Judge Michael J. Newman |
| SCOTT BELLAR, | : | |
| Defendant. | : | |

**ENTRY PLACING DEFENDANT
ON PREJUDGMENT PROBATION**

Upon Motion of the United States of America, and for good cause shown, Defendant Scott Bellar is placed on prejudgment probation for a period of one (1) year pursuant to 18 U.S.C. § 3553(a) on Count 1.

The Court places Defendant Bellar on prejudgment probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, including Special Conditions that Defendant Bellar: 1) participate in substance abuse assessment/treatment, either inpatient or outpatient, to include testing, at the direction of the probation officer. Probation may consider Defendant's Nova House participation, which has already concluded, as satisfaction of this requirement. The defendant shall make a co-payment for treatment services not to exceed $25 per month, which is determined by the defendant's ability to pay. 2) The defendant shall participate in a mental health treatment program at the direction of the probation officer. The defendant shall make a co-payment for treatment services not to exceed $25 per month, which is determined by the

defendant's ability to pay.  3)  The defendant shall participate in any and all requested field sobriety and/or chemical testing if stopped for an alcohol-related or drug-related offense. The imposition of prejudgment probation is entered without entering a judgment of conviction, and the judgment in this matter will be held in abeyance pending Defendant Bellar's completion of the probationary period.  In light of Defendant's prejudgment probation status, any fine, cost of prosecution, and/or special assessment are waived.


November 1, 2016                                        s/Michael J. Newman
                                                        Michael J. Newman
                                                        United States Magistrate Judge